# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 13, 2016

## NO. 03-16-00389-CV

**Crown Equity LLLP; and Crown Innovations, LLC, Appellants**

**v.**

**Benjamin Parker; Georgetown Balance Wellness, LLC; Alfred N. Kay, Jr.;
and Law Offices of Kelley F. Whalen, Appellees**

### APPEAL FROM 368TH DISTRICT COURT OF WILLIAMSON COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND BOURLAND
### DISMISSED ON APPELLEES' MOTIONS -- OPINION BY CHIEF JUSTICE ROSE

This is an appeal from the orders signed by the district court on March 24, 2016. Appellees have filed motions to dismiss the appeal, and having considered the motions, the Court agrees that the motions should be granted. Therefore, the Court grants the motions and dismisses the appeal for want of jurisdiction. The appellants shall pay all costs relating to this appeal, both in this Court and the court below.